UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY S. ZIEGLER,

                Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS,

                Defendants.

Case No. C18-5471 RBL-TLF

ORDER DISMISSING PLAINTIFF'S CASE

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     the Court adopts the Report and Recommendation; and

(2)     plaintiff's motion to proceed *in forma pauperis* in this matter is **DENIED**; and

(3)     this matter is **DISMISSED** with prejudice.

Dated this 23rd day of July, 2018.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S CASE - 1